UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

RUDOLPH BETANCOURT,
    Plaintiff,

vs.

JONSAL LLC and MR WHEELS
MOTORSPORTS LLC,
    Defendants.

Case No. 23-cv-62358-DMM

## **JOINT NOTICE OF SETTLEMENT IN PRINCIPLE**

Plaintiff, RUDOLPH BETANCOURT, and Defendant, MR WHEELS MOTORSPORTS LLC, by and their respective undersigned counsel, hereby notify the Court that the Parties have reached a settlement in principle. The Parties are in the process of memorializing their agreement and finalizing their settlement documents.

Respectfully submitted,

s/ Glenn R. Goldstein
Glenn R. Goldstein (FBN: 55873)
   *Attorney for Plaintiff*
Glenn R. Goldstein & Assoc., PLLC
8101 Biscayne Blvd., Ste. 504
Miami, Florida 33138
(561) 573-2106
GGoldstein@G2Legal.net

s/ Sebastian Jaramillo
Sebastian Jaramillo (FBN: 21743)
   *Attorney for Mr Wheels Motorsports LLC*
Perlman, Bajandas, Yevoli & Albright, PL
283 Catalonia Ave., Ste. 200
Coral Gables, FL 33134
(305) 377-0086
SJaramillo@PBYALaw.com

s/ Lauren N. Wassenberg
Lauren N. Wassenberg (FBN: 34083)
   *Attorney for Plaintiff*
Lauren N. Wassenberg & Assoc., P.A.
33 SE 4th St., Ste. 100
Boca Raton, FL 33432
(561) 800-0405
WassenbergL@gmail.com