UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

RUDOLPH BETANCOURT,
    Plaintiff,
vs.

JONSAL LLC and MR WHEELS
MOTORSPORTS LLC,
    Defendants.

Case No. 23-cv-62358-DMM

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, RUDOLPH BETANCOURT, and Defendants, JONSAL LLC and MR WHEELS MOTORSPORTS LLC, by and through their respective counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal of this action *with prejudice* against Defendants, JONSAL LLC and MR WHEELS MOTORSPORTS LLC, with each party to bear their own attorney's fees and costs except as otherwise agreed in writing.

Respectfully submitted,

s/ Glenn R. Goldstein
Glenn R. Goldstein (FBN: 55873)
*Attorney for Plaintiff*
Glenn R. Goldstein & Assoc., PLLC
8101 Biscayne Blvd., Ste. 504
Miami, Florida 33138
(561) 573-2106
GGoldstein@G2Legal.net

s/ Sebastian Jaramillo
Sebastian Jaramillo (FBN: 21743)
*Attorney for Mr Wheels Motorsports LLC*
Perlman, Bajandas, Yevoli & Albright, PL
283 Catalonia Ave., Ste. 200
Coral Gables, FL 33134
(305) 377-0086
SJaramillo@PBYALaw.com

s/ Lauren N. Wassenberg
Lauren N. Wassenberg (FBN: 34083)
*Attorney for Plaintiff*
Lauren N. Wassenberg & Assoc., P.A.
33 SE 4th St., Ste. 100
Boca Raton, FL 33432
(561) 800-0405
WassenbergL@gmail.com